**RINA CARMEL (Bar No. 208311)**
**rc@amclaw.com**
**DONALD W. McCORMICK (Bar No. 109584)**
**dwm@amclaw.com**
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard**
**Suite 4000**
**Los Angeles, California 90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendants HAGERTY INSURANCE AGENCY, LLC erroneously named as a defendant, and ESSENTIA INSURANCE COMPANY**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TERRY GUY OVERFELT,<br><br>Plaintiff,<br><br>vs.<br><br>HAGERTY INSURANCE AGENCY, LLC, and ESSENTIA INSURANCE COMPANY, and DOES 1 to 40 inclusive,<br><br>Defendants. | Case No. 3:19-cv-04297-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff TERRY GUY OVERFELT and Defendants HAGERTY INSURANCE AGENCY, LLC and ESSENTIA INSURANCE COMPANY by their undersigned attorneys, hereby stipulate that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorney's fees and costs.

DATED: October 4, 2019

LAW OFFICES OF SALVATORE C. TIMPANO

By: /s/ Salvatore C. Timpano
Salvatore C. Timpano
Attorneys for Plaintiff TERRY GUY OVERFELT

DATED: October 4, 2019

ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Donald W. McCormick
Rina Carmel
Donald W. McCormick
Attorneys for Defendants HAGERTY INSURANCE AGENCY, LLC erroneously named as a defendant, and ESSENTIA INSURANCE COMPANY

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests, under penalty of perjury, that counsel concurs in the filing's content and has authorized him to file this document.

/s/ Donald W. McCormick
Donald W. McCormick

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice. Each party shall bear their own fees and costs for this action.

**IT IS SO ORDERED**.

DATED: October 4, 2019

Susan Illston
United States District Judge